UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TYREE BELLINGER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF WASHINGTON DEPARTMENT OF LICENCING and YVETTE NELSON,<br><br>　　　　　　Defendants. | NO. CV-06-5033-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON |

　　Magistrate Judge Imbrogno filed a Report and Recommendation on April 18, 2006, recommending Mr. Bellinger's action be transferred to the Western District of Washington.  There being no objections, the court **ADOPTS** the Report and Recommendation and directs this action be transferred to the United States Court for the Western District of Washington pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1406.

　　**IT IS SO ORDERED.**  The District Court Executive shall enter this Order, send a copy of this Order to Plaintiff, and forward the file, along with a copy of this Order to the Clerk of Court, United States District Court for the Western District of Washington, and close the file.  The court notes no determination was made regarding *in forma pauperis* status.

　　**DATED** this 2nd day of June, 2006.

　　　　　　　　　　　　　　　　*s/ Robert H. Whaley*

　　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2006\Bellinger\6cv5033ci-5-10-trwd.wpd

ORDER TRANSFERRING ACTION TO WESTERN DISTRICT OF WASHINGTON -- 1